# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 26, 2022

Lyle W. Cayce
Clerk

No. 21-10143
Summary Calendar

Daniel Neal,

*Plaintiff—Appellant*,

*versus*

Kevin Foley, Senior Warden; Jade Gonzales, Unit Grievance Investigator; Damon Andrews; Michael Venable; B. Barnett,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:17-cv-00232

Before Wiener, Dennis, and Haynes, *Circuit Judges*.

Per Curiam:*

Plaintiff Daniel Neal appeals the district court's dismissal with prejudice of his civil rights claim against various employees within or supervising the prison where he is serving his sentence. The district court

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 21-10143

assessed his complaint under 28 U.S.C. §§ 1915A and 1915(e)(2) and concluded that the claim was frivolous.  We concur in the decision of the district court.

AFFIRMED.